UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. RAMOS, et al.,<br><br>　　　　Defendants. | **Case No. 1:20-cv-0593-NONE-JLT (PC)**<br><br>**ORDER DENYING DEENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 19)**<br><br>**TEN-DAY DEADLINE** |

　　On December 7, 2020, the Court stayed this action and referred it to the Post-Screening Alternative Dispute Resolution Project. (Doc. 16.) Counsel has not moved to opt-out of the ADR Project and has not sought to schedule the settlement conference. Instead, defense counsel has moved for a 60-day extension of time to file a responsive pleading. (Doc. 19.) Due to the stay no responsive pleading is required. Therefore, defendants' motion is **DENIED**. Within ten days, defense counsel shall opt-out of the ADR Project, or he shall contact the Courtroom Deputy Clerk as outlined in the December 7, 2020, order to schedule a settlement conference.

IT IS SO ORDERED.

　Dated: **January 13, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE