UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>        Plaintiff,<br><br>    v.<br><br>S. RAMOS, et al.,<br><br>        Defendants. | **Case No.  1:20-cv-0593-NONE-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 21)** |

Defendants move for an extension of time to determine whether to participate in the Post-Screening Alternative Dispute Resolution Project. Good cause appearing, defendants' motion is **GRANTED**. Defendants shall file their response on or before February 24, 2021.

IT IS SO ORDERED.

Dated:   **February 17, 2021**             **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1