UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. RAMOS, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-0593-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS DUE TO EXTENUATING CICUMSTANCES INVOLVING ISSUES OF POTENTIAL CONFLICT**<br><br>(Doc. 25) |

　　　　Defendants move *ex parte* for an extension of time under Federal Rule of Civil Procedure 6(b)(2)(A) to evaluate potential conflict issues that may affect the representation of Defendants by the Office of the Attorney General. Good cause appearing, the Court GRANTS Defendants' motion. Defendants shall file their responsive pleading on or before April 20, 2021.

IT IS SO ORDERED.

　　Dated:　**March 29, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1