UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>             Plaintiff,<br><br>      v.<br><br>S. RAMOS, et al.,<br><br>             Defendants. | Case No.  1:20-cv-0593-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>(Doc. 27)<br><br>45-DAY DEADLINE |

Defendants filed an *ex parte* motion for a third extension of time under Federal Rule of Civil Procedure 6(b)(2)(A) to evaluate potential conflict issues that may affect the representation of Defendants by the Office of the Attorney General. For good cause shown, the Court **GRANTS** Defendants' motion. Defendants **SHALL** file their responsive pleading within **45 days** from the date of this order.  **The Court does not anticipate again granting an extension.**

IT IS SO ORDERED.

   Dated:   **April 19, 2021**                            **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE