1  Janine K. Jeffery, Esq. CBN 112639
    Jjeffery@reilyjeffery.com
2  REILY & JEFFERY, INC.
   5850 Canoga Avenue, Suite 400
3  Woodland Hills, California 91367
   Telephone: (818) 350-6282
4  Fax No.: (818) 350-6283

5  Attorneys for Defendants, J. Gonzalez, D. Garcia, and D. Negrete

6

7

8                      UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  GUNTER D. THESUS,                    )  CASE NO. 1:20-cv-00593-NONE-JLT
                                         )
12              Plaintiff,               )  **DECLARATION OF J. STONE IN**
                                         )  **SUPPORT OF MOTION FOR SUMMARY**
13       vs.                             )  **JUDGMENT BASED ON PLAINTIFF'S**
                                         )  **FAILURE TO EXHAUST**
14  S. RAMOS, D. NEGRETE, J. GONZALEZ, D.)  **ADMINISTRATIVE REMEDIES**
    GARCIA, YBARRA,                      )
15                                       )  *(File Concurrently with Notice of Motion and*
                                         )  *Motion; Separate Statement of Undisputed*
16              Defendants.              )  *Facts; and [Proposed] Order)*
                                         )
17                                       )  Hon. Jennifer L. Thurston
                                         )  United States Magistrate Judge
18                                       )
                                         )  **No Oral Argument Required**
19                                       )
                                         )
20  _____ )

21

22       I, J. Stone, declare as follows:

23

24       1.     I am an employee of the California Department of Corrections and Rehabilitation

25  ("CDCR") and presently hold the position of Correctional Counselor II Supervisor, and Grievance

26  Coordinator at California Correctional Institution ("CCI"). The CCI Appeals Coordinator's Office

27  receives and reviews all non-health care appeals at the institutional level. Since August 1, 2008,

28  health care appeals, including medical, dental, and mental health issues, are routed and processed

1

1  by a separate Health Care Appeals Office. I have personal knowledge of the facts set forth herein

2  and, if called upon to testify to them, could do so competently.

3    2. As the Grievance Coordinator, my duties include screening inmate appeals for

4  compliance with regulations, coordinating their processing, and maintaining records of all non-

5  healthcare appeals submitted by inmates housed at CCI. I am familiar with the administrative

6  appeals process and I have access to inmate's non-healthcare appeals submitted at CCI.

7    3. The regulations that set out the features of the administrative process for California

8  prisoners underwent a substantial restructuring last year. On March 25, 2020, and effective June 1,

9  2020, California Code of Regulations Title 15, sections 3084 through 3084.9 were repealed and

10  replaced with renumbered and amended provisions at sections 3480 through 3487. All the

11  citations to California regulations in this declaration are to the regulations in place in 2017, rather

12  than to the current regulations.

13    4. CDCR has a comprehensive administrative appeals system for prisoner complaints,

14  described in Title 15 of the California Code of Regulations ("CCR"), section 3084, et seq. Section

15  3084.1(a) provided that inmates may appeal any departmental decision, action, condition, or

16  policy that they can reasonably demonstrate as having a material adverse effect upon their welfare.

17  In order to exhaust this process, the inmate was required to complete three formal levels of review

18  in the following order: (1) a first level of appeal to the department head or designee; (2) a second

19  level appeal to the institution head or designee; and (3) a third level appeal to the Chief of the

20  Office of Appeals. A final decision at the third level of review was and is required to exhaust a

21  prisoner's available administrative remedies.

22    5. To submit a grievance, an inmate must complete a CDCR Form 602,

23  Inmate/Parolee Appeal. These inmate appeal forms were available to all inmates in all housing

24  units and upon request. In the appeal, an inmate was required to identify the subject of the appeal,

25  all facts known and available to him regarding the issue being appealed, and the action being

26  requested. Plaintiff had thirty (30) calendar days to submit his appeal from the occurrence of the

27  event or decision being appealed, or upon first knowledge of the action or decision being

28  appealed. (Cal. Code Regs. tit. 15, § 3084.8(b))

2

DECLARATION OF J. STONE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

6.     When an appeal was properly and timely submitted at the first formal level of review, it was immediately assigned a log number, regardless of its disposition, for tracking purposes and to prevent inmates from asserting that staff lost the appeal. The appeals were tracked in a computerized database called the Inmate/Parolee Appeals Tracking System Level I & II ("IATS").

7.     In 2017, if an inmate submitted a Form 22 saying he did not receive a response to a CDCR 602, the appeals office would review the IATS and if it did not show record of receipt, the inmate would be provided with a 602 form and told to resubmit it.

8.     At the request of Reily & Jeffery, Inc., I conducted a search of the IATS system under the name Thesus Gunter, CDCR # AV4290, for all non-health care related appeals accepted and adjudicated at CCI for first and second level review between January 1, 2017 and December 31, 2017 (the "Time Period"). A true and correct copy of the IATS log is attached hereto as Exhibit A.

9.     The IATS log for inmate Gunter shows that Plaintiff filed two non-health care 602s during the Time Period. The first appeal, Log No. CCI-0-17-01162, was filed on April 17, 2017 as an emergency appeal. It involved a complaint by Plaintiff about the scheduling of a family visit. True and correct copies of the documents associated with Appeal Log No. CCI-0-17-01162 are attached hereto as Exhibit B. The second appeal, Log No. CCI-0-17-02014, was submitted on July 18, 2017. In it, Plaintiff complained that he had received two separate 115's (rule violation reports) for one incident. In the Action Requested section, Plaintiff wrote "I would like my case to be reviewed and corrected or dismissed due to documents being falsified by Tehachapi." True and correct copies of the documents associated with Appeal Log No. CCI-0-17-02014 are attached hereto as Exhibit C.

10.    There is no record in the Appeals Office that any grievance was received from inmate Gunter in which he claimed that he was the victim of excessive force on April 22, 2017.

11.    There is no record in the Appeals Office that any grievance was received from Gunter naming any of the defendants in this case: J. Gonzalez, D. Garcia, D. Negrete or S. Ramos.

3

1     12.    There is no record in the Appeals Office that Gunter filed any appeal claiming that

2    any earlier appeal he filed in 2017 had been lost.

3     I declare under penalty of perjury under the laws of the State of California that the

4    foregoing is true and correct and that this declaration is executed this 23rd day of September at

5    Tehachapi, California.

J. Stone

DECLARATION OF J. STONE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

# EXHIBIT A

Institution:   CCI

California Department of Corrections and Rehabilitations

9/20/2021

**Inmate / Parolee Appeals Tracking System - I & II**

**Appeals Listing Report**

| CDC Number | Last Name | Area of Origin | Issue | Log Number |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| ███████ | ███ | ███████ | ████████ | ███████ |
| AV4290 | GUNTER | CCI- A-3 | VISITING | CCI-0-17-01162 |
| AV4290 | GUNTER | CSP-COR/CORCORA | DISCIPLINARY | CCI-0-17-02014 |

Total:                    4

9/20/2021 1:17:25 PM                    1

# EXHIBIT B

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, April 25, 2017*

*GUNTER, AV4290*
*B 008B1103001L*

VISITING, Family Visiting, 04/25/2017
Log Number: CCI-0-17-01162
(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)

The enclosed documents are being returned to you for the following reasons:

*Be advised that pursuant to CCR 3084.5(b)(2), an appeal you submitted does not meet the criteria for processing as an emergency appeal.*

*Although you claim your family visit date has been changed, not only has the action not yet occurred, You will need to attach proof of any harm. In addition, you must complete the CDCR 22 process by providing the Visiting Lieutenant a CDCR 22 for a response to see about correcting the date. They in turn have three (3) working days plus mail time to respond. If no response is received or the issue is not resolved, you may proceed to the Supervisory level allowing seven (7) calendar days for a response plus mail time before you can submit an appeal. The appeal must include a completed copy of the CDCR 22 with a response from the supervisor or documents showing your attempts to obtain a response from the Officers/Staff and from the Supervisor. The received by staff area of the CDCR 22 also must show that it was received by/forwarded by staff. If you are unable to obtain a response, submit proof of your attempt(s) to obtain the response (i.e., CDCR 22 with Section C completed). Furthermore, you may wish to review CCR Title 15 Section 3086(e)(2) and DOM Section 54100.8 in reference to supporting documents.*

J. Zanchi, AGPA
J. Wood, CC-II Appeals Coordinator
Appeals Coordinator

NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

*Emergency CCI*

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCI | 0-17 01162 | |

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

| Appeal is subject to rejection if one row of text per line is exceeded. | WRITE, PRINT, or TYPE CLEARLY in black or blue ink. |
|---|---|

| Name (Last, First): Center Thesis | CDC Number: AU228 | Unit/Cell Number: 04-3B-201 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Family Visit

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** I Cell originally scheduled for a Family Visit on 5-12-17. On April 5th I was inadvertently moved for non-disciplinary reasons from B yard to A yard. In the

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I am asking that my original F/V date be honored.

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR 22 Form          F/V notification

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: Thesis Center          Date Submitted: 5-17-2017

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                      Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
   See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                 (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                 (Print Name)

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___/___/___ |

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                                          Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted : _____

---

**E. Second Level - Staff Use Only**                     Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                    (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                 (Print Name)

Date received by AC: _____

| | |
|---|---|
| | **AC Use Only** |
| | Date mailed/delivered to appellant ____ / ____ / ____ |

---

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted: _____

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached Third Level response.

| | |
|---|---|
| | **Third Level Use Only** |
| | Date mailed/delivered to appellant ____ / ____ / ____ |

---

H. Request to Withdraw Appeal:  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

Emergency
C-02

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side

CCI 4-17 01162

FOR STAFF USE ONLY

Attach this form to the CDCR 602 only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Gunter, Thesus | CDC Number: AV-028 | Unit/Cell Number: 4A-3B-201 | Assignment: |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Process of the move I ask SGT Mello will this move affect my Family Visit? He specifically said, "No if you guys have not done anything wrong so therefore anytype of program you have in place such as (F/V) will not be affated. He went onto say "CCI yards A, B, C, use the same F/V room/ living quarters so my date will remain the same" What I tryed to inform the F/V co-ordinater (Staten) of my move he inadviently rescheduled my date to 9-15, away. My wife has already requested days off of work for original date of "5-12-17 Staten - states he has other people scelated but I do not understand why he would change the date of 5-12-17 that I am already scelated for

Inmate/Parolee Signature: Thesus Gunter    Date Submitted: 4-17-2017

**B. Continuation of CDCR 602, Section B only (Action requested):**

Thesus Gunter    Date Submitted: 4-17-2017

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

Inmate/Parolee Signature: _____     Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

Inmate/Parolee Signature: _____     Date Submitted: _____

_Staton_
_Arellano_

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS
FAMILY VISITING INMATE NOTIFICATION
CDC 1074 (4/88)

| TO: (Inmate's Name) | CDC NUMBER | HOUSING |
|---|---|---|
| Cuater | AV-20 | 9B-22-105 |

| FROM: | INSTITUTION | DATE |
|---|---|---|
| FAMILY VISITING COORDINATOR | CCI | 3-10-17 |

YOUR REQUEST FOR A FAMILY VISIT WITH THE FOLLOWING PROPOSED VISITORS HAS BEEN APPROVED.

1. Ke Rhm Cuay Yung        4.

2.                          5.

3.                          6.

TYPE OF VISIT REQUESTED:   ☑ REGULAR FAMILY VISIT

Your Family Visit is scheduled for (date): _____ May 12

Detach the lower portion of this form and mail it to a participating adult family member for confirmation of this visit. The completed confirmation must be returned by the proposed visitor, via U.S. Mail, directly to the Family Visiting Coordinator of this institution.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE |
|---|---|---|---|---|
| HOUSING/BED NUMBER: | ASSIGNMENT: | | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL   ADDRESSED TO                                                              DATE MAILED:

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY (PRINT STAFF NAME) | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES      NO |
|---|---|---|---|
| IF FORWARDED  TO WHOM | | DATE DELIVERED/MAILED | METHOD OF DELIVERY (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME) | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee, Canary - Inmate/Parolee's 2nd Copy, Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy

# EXHIBIT C

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, July 31, 2017*

*GUNTER, AV4290*
*Z 001G11187001L*

DISCIPLINARY, , 07/26/2017
Log Number: CCI-0-17-02014
(Note: **Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.**)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(1). Your appeal concerns an anticipated action or decision. Such issues are not appealable until they happen.*

*You are appealing an actin not yet taken. You postponed your RVR's pending DA referral. Committee can't update your case until the outcome of the DA or your request to have the 2 RVR's heard. You are also claiming the documents are falsified that is a separate issue and most be addressed in a separate appeal after the hearing. As to the staff reviewing the RVR's to determine if they are a result of one occurrence, that again is a pending action.*

J. Zanchi, AGPA
J. Wood, CC-II Appeals Coordinator
Appeals Coordinator
CCI

NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

_____

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

JUL 26 2017 AM 7.69

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, July 19, 2017*

*GUNTER, AV4290*                     *CCI*   0 - 17   02014
*Z 001G1187001L*

CUSTODY/CLASS., , 07/18/2017
Log Number: CSPC-7-17-03656
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

***Be advised that your appeal has been forwarded to another CDCR unit for processing.***

***Your appeal is dated 07/18/2017. Your appeal is being forwarded to CCI for review.***

☐   M. Oliveira, CCII Appeals Coordinator
☐   M. Ledezma, AGPA
☑   D. Goree Jr, CCII
Appeals Coordinator
Corcoran State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
 **NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | *CCI* | | |

CCNO-17-02014   (1) U

COL LOG #3054 FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sunter, Thesus | AV4290 | ASU-G-137 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Issued 115's

**A.**  Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 5-22-17
I was placed in ad-Seg for a false
battery on Peace officer. Tehachapi issued
me 2 separate 115's for one incident.

**B.**  Action requested (If you need more space, use Section B of the CDCR 602-A): I would
like my case to be reviewed and corrected
or dismissed due to documents being falsified
by Tehachapi.

JUL 18 2017

JUL 26 2017 AM 7.70

**Supporting Documents:** Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

CDCR 22
Auditer Action

☐ No, I have not attached any supporting documents.  Reason : _____

_____

| Inmate/Parolee Signature: | Date Submitted: |
|---|---|
| Thex Sunter | 7-18-17 |

__ __  **By placing my initials in this box, I waive my right to receive an interview.**

**C.  First Level - Staff Use Only**                          Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E. 7/31/17

☒ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)  Date: __ __ __

☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
                  (Print Name)

Reviewer: _____  Title: _____  Signature: _____
                (Print Name)

Date received by AC: __ __ __

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                                               Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____     Date Submitted : _____

---

**E.  Second Level - Staff Use Only**                        Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes    ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: __ __ _____ . Date: ____ _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____             Interview Location: _____

Your appeal issue is:   ☐ Granted      ☐ Granted in Part      ☐ Denied      ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
                       (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                    (Print Name)

Date received by AC: _____ _____ ____

|                                                        | **AC Use Only** Date mailed/delivered to appellant ___ /___ /___ |

---

**F.  If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____     Date Submitted: _____

---

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)    Date: _____ _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted    ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached Third Level response.

|                                                        | **Third Level Use Only** Date mailed/delivered to appellant ____ /____ /____ |

---

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

_____ Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

*CCI*

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCI-2-17-02.014 | | ① |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gunter, Thesis | AV4250 | ASU-187 | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** (Log #26.55834

Cncl, #26.77949. CSR informed staff on
5-25-17 to "review RVRs to determine
if they are result of one Occurrence.
Since then staff has not reclassified my
case for appropiate RVRs.

JUL 16 20

JUL 26 2017 AM 7.70

Inmate/Parolee Signature: _Thesis Gunter_     Date Submitted: 7-18-17

**B.  Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _Thesis Gunter_     Date Submitted: 7-18-17

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D.  Continuation of CDCR 602,  Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

JUL 26 2017 AM7.70

STATE OF CALIFORNIA

INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE

**CCI    0 - 17    0 2 0 1 4**

### SECTION A: INMATE/PAROLEE REQUEST

** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

### SECTION B: STAFF RESPONSE

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

### SECTION D: SUPERVISOR'S REVIEW

JUL 26 2017 AM 7.70



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

*CCI* 0 - 17 02014
COR - ASU - E - 159L

# AUDITOR ACTION

| **Inmate Name:** GUNTER, THESUS D. | **Date:** 05/25/2017 | |
|---|---|---|
| **CDC#:** AV4290 | **Security Level:** Level 4 (69) | **Facility:** COR-STRH |

**Audit Type:**   ASU Retention          **Audit Result:**   Approved

**Comments:** ASU extension pending adjudication of RVRs, dated 04/22/17, Battery on a Peace Officer (Log #2655834) and RVR, dated 04/22/17, Battery on a Peace Officer (Log #2677949).

Casework follow-up: Staff to review RVRs to determine if they were a result of one occurrence.

### ASU Extension

Start Date: 05/04/2017          Number of Days: 167          Expiration Date: 10/18/2017

Reason:

Pending resolution of
RVR/DA Action

| **AUDITOR** | | |
|---|---|---|
| D. Scott ☺ | CSR | 05/25/2017 |
| **Name:** | **Title** | **Date** |

CDCR SOMS ICCT164 - Auditor Action

**PROOF OF SERVICE**

I, Leslie C. Toledo, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367.

On September 23, 2021, I served the foregoing document described as **DECLARATION OF J. STONE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** on the interested parties in this action as follows:

Gunter D. Thesus CDCR# AV4290
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050
*In Pro Pre*

**___** **BY OVERNITE EXPRESS OVERNIGHT MAIL.**  The documents were placed in sealed, addressed packages for overnight delivery on this date in the ordinary court of business, with all charges prepaid for overnight delivery, to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages.

**_X_** **BY FIRST CLASS MAIL:** The documents were placed in a sealed, addressed envelope. I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**___** **BY FACSIMILE TRANSMISSION.**  I caused said document to be transmitted by Facsimile machine to:

Executed on September 23, 2021 at Burbank, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Leslie C. Toledo_
Leslie C. Toledo