Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, J. Gonzalez, D. Garcia, and D. Negrete

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GUNTER D. THESUS,<br><br>       Plaintiff,<br><br>vs.<br><br>S. RAMOS, D. NEGRETE, J. GONZALEZ, D. GARCIA, YBARRA,<br><br>       Defendants. | CASE NO. 1:20-cv-00593-NONE-JLT<br><br>**[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**<br><br>*(File Concurrently with Notice of Motion and Motion; Separate Statement of Undisputed Facts; and Declaration of J. Stone)*<br><br>Hon. Jennifer L. Thurston<br>United States Magistrate Judge<br><br>**No Oral Argument Required** |

The motion of defendants J. Gonzalez, D. Garcia, and D. Negrete for summary judgment under Federal Rules of Civil Procedure, Rule 56 based on Plaintiff's failure to exhaust administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act ("PLRA") was decided by the Court without oral argument.

After considering the moving and opposition papers, and all admissible evidence therein, this Court finds that:

///

IT IS HEREBY ORDERED THAT the motion for summary judgment for Defendants J. Gonzalez, D. Garcia, and D. Negrete is GRANTED on the grounds that Plaintiff failed to exhaust his administrative remedies.

Accordingly, judgment is to be entered in favor of J. Gonzalez, D. Garcia, and D. Negrete and against the plaintiff Gunter D. Thesus.

**IT IS SO ORDERED**.

Dated: _____                                  _____
                                                                                 Hon. Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE

<u>PROOF OF SERVICE</u>

I, Leslie C. Toledo, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367.

On September 23, 2021, I served the foregoing document described as **[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** on the interested parties in this action as follows:

Gunter D. Thesus CDCR# AV4290
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050
*In Pro Pre*

\_\_\_  **BY OVERNITE EXPRESS OVERNIGHT MAIL.** The documents were placed in sealed, addressed packages for overnight delivery on this date in the ordinary court of business, with all charges prepaid for overnight delivery, to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages.

  **X**  **BY FIRST CLASS MAIL:** The documents were placed in a sealed, addressed envelope. I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_  **BY FACSIMILE TRANSMISSION.** I caused said document to be transmitted by Facsimile machine to:

Executed on September 23, 2021 at Burbank, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Leslie C. Toledo*
Leslie C. Toledo

[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES