Harry S. Stern, SBN 176854
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 341-9341
Fax: (925) 609-1690
Email: HStern@RLSlawyers.com

Attorneys for Defendant
SONIA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GUNTER D. THESUS,<br><br>              Plaintiff,<br><br>     v.<br><br>SONIA RAMOS, et al.,<br><br>              Defendants. | CASE NO. 1:20-cv-0593-NONE-JLT (PC)<br><br>**DEFENDANT SONIA RAMOS'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:   6<br>Judge:         The Honorable Jennifer L. Thurston<br>Trial Date:    Not Set<br>Action Filed: April 22, 2020 |
|---|---|

TO PLAINTIFF, GUNTER D. THESUS, please take notice Defendant Sonia Ramos ("Defendant") moves for summary judgment pursuant to Federal Rule of Civil Procedure 56, on each cause of action set forth in the complaint, because there is no genuine dispute that Plaintiff has failed to exhaust his administrative remedies prior to bringing suit, as required by 42 U.S.C. Section 1997e(a), entitling Defendant Ramos to judgment as a matter of law .

The matter will be heard without oral argument in accordance with Local Rule 230(l). Further, under Local Rule 230(l), any opposition to the granting of

the motion shall be served and filed not more than twenty-one (21) days after the date of service of this motion. A responding party who has no opposition to the granting of the motion must serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion, and may result in the imposition of sanctions.

This motion will be based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Zachery A. Lopes and attached exhibits, the Declaration of J. Stone and attached exhibits, the Statement of Undisputed Facts and [Proposed] Order and the Court's file in this matter.

Dated: September 23, 2021            Respectfully submitted,

**RAINS LUCIA STERN**
**ST. PHALLE & SILVER, PC**

/s/ Harry S. Stern
By: Harry S. Stern
Attorneys for Defendant
SONIA RAMOS