Harry S. Stern, SBN 176854
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 341-9341
Fax: (925) 609-1690
Email: HStern@RLSlawyers.com

Attorneys for Defendant
SONIA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GUNTER D. THESUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONIA RAMOS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:20-cv-0593-NONE-JLT (PC)<br><br>**DEFENDANT SONIA RAMOS'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:　6<br>Judge:　　　The Honorable Jennifer L. Thurston<br>Trial Date:　Not Set<br>Action Filed: April 22, 2021 |
|---|---|

Defendant Sonia Ramos ("Defendant") submits the following statement of undisputed facts in support of her motion for summary judgment on exhaustion.

| **MOVING PARTY's UNDISPUTED FACTS AND SUPPORTING EVIDENCE** | **OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE** |
|---|---|
| 1. Plaintiff filed this action under 42 U.S.C. Section 1983 on April 22, 2020 while he was | |

| | | |
|---|---|---|
| | incarcerated at Salinas Valley State Prison.<br><br>Supporting Evidence: Complaint, ECF # 1, page 28 | |
| 2. | Plaintiff alleges that Defendants Gonzalez, Garcia, Negrete and Ramos used excessive force against him on April 22, 2017 while he was incarcerated at the California Correctional Institution ("CCI")<br><br>Supporting Evidence: Complaint, ECF # 1, page 1 | |
| 3. | Plaintiff seeks compensatory and punitive damages against the Defendants.<br><br>Supporting Evidence: Complaint, ECF # 1, page 3 | |
| 4. | Plaintiff has admitted that he did not exhaust his administrative remedies but claims that "the 602 was never answered by staff in an attempt to stop or stall a civil rights violation claim."<br><br>Supporting Evidence: Complaint, ECF # 1, page 2 | |
| 5. | At all relevant times, CCI had a comprehensive appeal process available to inmates at CCI.<br><br>Supporting Evidence: Stone Decl., ¶ 4;<br>Complaint; ECF # 1, page 2; | |

| | | |
|---|---|---|
| | Declaration of Zachery A. Lopes, Exhs. A through J | |
| 6. | Plaintiff had thirty calendar days to submit his appeal from the occurrence of the event or decision being appealed, or upon first knowledge of the action or decision being appealed.<br><br>Supporting Evidence: Stone Decl., ¶ 5 | |
| 7. | In 2017, when an appeal was submitted to the Appeals Coordinator's Office for review, it was immediately assigned a log number—regardless of its disposition—for tracking purposes and to prevent inmates from alleging that staff lost or destroyed the appeal.<br><br>Supporting Evidence: Stone Decl., ¶ 6 | |
| 8. | Each non-health care appeal received at CCI was also entered into the Inmate Appeals Tracking System ("IATS").<br><br>Supporting Evidence: Stone Decl., ¶ 6 | |
| 9. | If an inmate submitted a Form 22 or CDCR 602 stating he did not receive a response to the first CDCR 602, the appeals office would allow the inmate to refile the non-health care 602 and restart the appeal review process. | |

| | |
|---|---|
| Supporting Evidence: Stone Decl., ¶ 7 | |
| 10. The IATS for inmate Gunter shows that Gunter filed two non-health care 602s in 2017.<br><br>Supporting Evidence: Stone Decl., ¶ 9 and Exhibit A thereto | |
| 11. Gunter's first 602 appeal in 2017, Log No. CCI-0-17-01162, was filed on April 17, 2017 as an emergency appeal. It involved a complaint by Gunter about the scheduling of a family visit.<br><br>Supporting Evidence: Stone Decl., ¶ 9 and Exhibit B thereto | |
| 12. Gunter's second 602 appeal in 2017, Log No. CCI-0-17-02014, was submitted on July 18, 2017. In it, Gunter complained that he had received two separate 115's (rule violation reports) for one incident. In the Action Requested section, Gunter wrote "I would like my case to be reviewed and corrected or dismissed due to documents being falsified by Tehachapi."<br><br>Supporting Evidence: Stone Decl., ¶ 9 and Exhibit C thereto | |
| 13. There is no record in the CCI Appeals Office that any grievance was received from inmate Gunter in which he | |

| | |
|---|---|
| claimed that he was the victim of excessive force on April 22, 2017.<br><br>Supporting Evidence: Stone Decl., ¶ 10 | |
| 14. There is no record in the CCI Appeals Office that any grievance was received from Gunter naming any of the defendants in this case: J. Gonzalez, D. Garcia, D. Negrete or S. Ramos.<br><br>Supporting Evidence: Stone Decl., ¶ 11 | |
| 15. There is no record in the CCI Appeals Office that Gunter filed any appeal claiming that any earlier appeal he filed in 2017 had been lost.<br><br>Supporting Evidence: Stone Decl., ¶ 12 | |

Dated: September 23, 2021

Respectfully submitted,

**RAINS LUCIA STERN**
**ST. PHALLE & SILVER, PC**

/s/ Harry S. Stern
By: Harry S. Stern
Attorneys for Defendant
SONIA RAMOS