Harry S. Stern, SBN 176854
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 341-9341
Fax: (925) 609-1690
Email: HStern@RLSlawyers.com

Attorneys for Defendant
SONIA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>    Plaintiff,<br><br>   v.<br><br>SONIA RAMOS, et al.,<br><br>    Defendants. | CASE NO. 1:20-cv-0593-NONE-JLT (PC)<br><br>**[PROPOSED] ORDER ON DEFENDANT SONIA RAMOS'S MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  6<br>Judge:         The Honorable Jennifer L. Thurston<br>Trial Date:   Not Set<br>Action Filed: April 22, 2020 |

The motion of Defendant Sonia Ramos for summary judgment pursuant to Federal Rule of Civil Procedure, Rule 56 based on Plaintiff's failure to exhaust his administrative remedies prior to bringing suit, as required by 42 U.S.C. Section 1997e(a), was decided by the Court without oral argument.

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED THAT the motion for summary judgment for
2  Defendant Ramos is GRANTED on the grounds that Plaintiff failed to exhaust his
3  administrative remedies.
4  Accordingly, judgment is to be entered in favor of Sonia Ramos and
5  against Plaintiff Gunter D. Thesus.

7  **IT IS SO ORDERED.**

9  Dated: _____    _____
10                             Hon. Jennifer L. Thurston
                               UNITED STATES MAGISTRATE JUDGE