Harry S. Stern, SBN 176854
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 341-9341
Fax: (925) 609-1690
Email: HStern@RLSlawyers.com

Attorneys for Defendant
SONIA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GUNTER D. THESUS,<br><br>      Plaintiff,<br><br>  v.<br><br>SONIA RAMOS, et al.,<br><br>      Defendants. | CASE NO. 1:20-cv-0593-NONE-JLT (PC)<br><br>**PROOF OF SERVICE**<br><br>Courtroom: 6<br>Judge:     The Honorable Jennifer L. Thurston<br>Trial Date:  Not Set<br>Action Filed: April 22, 2020 |
|---|---|

     I am employed in the City of Pleasant Hill, State of California. I am over 18 years of age and not a party to this action. My business address is Rains Lucia Stern St. Phalle & Silver, PC, 2200 Contra Costa Boulevard, Suite 500, Pleasant Hill, California 94523.

     On the date below I served a true copy of the following document(s):

**DEFENDANT SONIA RAMOS'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
DECLARATION OF ZACHERY A. LOPES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

# SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER

on the interested parties to said action by the following means:

[X] **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[X] **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**By Mail:**

Gunter D. Thesus, CDCR #AV4290
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050
PRO SE

**By CM/ECF:**

Janine K. Jeffery
Reily & Jeffery, Inc.
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367
Jjeffery@reilyjeffery.com

**Courtesy Copy by Overnight Delivery:**
Office of the Clerk
United States District Court, Eastern District of California
2500 Tulare Street, Room 1501
Fresno, CA 93721

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: September 23, 2021    /s/ Tracy Watson
                                   Tracy Watson