UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER D. THESUS,<br><br>                    Plaintiff,<br><br>          v.<br><br>S. RAMOS, et al.,<br><br>                    Defendants. | Case No.  1:20-cv-00593-NONE-JLT (PC)<br><br>**ORDER DIRECTING PARTIES TO FILE RESPONSES TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Docs. 48, 49)<br><br>**21-DAY DEADLINE** |

Defendants Garcia, Gonzalez, and Negrete have filed a motion for summary judgment, (Doc. 48), and Defendant Ramos filed a separate motion for summary judgment, (Doc. 49). Plaintiff has not filed a response to either motion.

Local Rule 260 provides:

> **(b)  Opposition.** Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial. The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication. The opposing party shall be responsible for the filing of all evidentiary documents cited in the opposing papers.

(E.D. Cal. R. 260(b)). Plaintiff is DIRECTED to file responses to the motions for summary

judgment **within 21 days**. The failure to do so will result in consideration of each motion without the benefit of a response.

IT IS SO ORDERED.

Dated:   **October 22, 2021**                    _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE