1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | GUNTER D. THESUS, | Case No. 1:20-cv-00593-NONE-JLT (PC) |
|---|---|---|
| 12 | Plaintiff, | **AMENDED ORDER DIRECTING PLAINTIFF TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** |
| 13 | v. | |
| 14 | S. RAMOS, et al., | (Docs. 48, 49) |
| 15 | Defendants. | **21-DAY DEADLINE** |

16

17    Defendants Garcia, Gonzalez, and Negrete have filed a motion for summary judgment,

18 (Doc. 48), and Defendant Ramos filed a separate motion for summary judgment, (Doc. 49).

19 Plaintiff has not filed a response to either motion.

20    Local Rule 260 provides:

21    **(b) Opposition.** Any party opposing a motion for summary judgment
22    or summary adjudication shall reproduce the itemized facts in the Statement of
      Undisputed Facts and admit those facts that are undisputed and deny those that
23    are disputed, including with each denial a citation to the particular portions of any
      pleading, affidavit, deposition, interrogatory answer, admission, or other
24    document relied upon in support of that denial. The opposing party may also file
      a concise "Statement of Disputed Facts," and the source thereof in the record, of
25    all additional material facts as to which there is a genuine issue precluding
26    summary judgment or adjudication. The opposing party shall be responsible for
      the filing of all evidentiary documents cited in the opposing papers.
27

28 (E.D. Cal. R. 260(b)). Plaintiff is DIRECTED to file responses to the motions for summary

judgment **within 21 days**. The failure to do so will result in consideration of each motion without the benefit of a response.

IT IS SO ORDERED.

Dated: **October 25, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE